UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

BYFIELD, et al.,

                       Plaintiffs,

    - v -

ABC CARPET & Home, et al.

                       Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/13

00 Civ. 0984 (RPP)

**ORDER**

**ROBERT P. PATTERSON, JR., U.S.D.J.**

In response to Mr. Seymour's letter of February 13, 2013, please be assured that the Court issued its order granting the relief requested by Defendants because, in essence, there remain only two weeks before trial and not because it's concerned with obstruction by Plaintiffs. Defendants are entitled to knowledge of who the witnesses will be well in advance of trial so that they can be adequately prepared. The Court also understands the Plaintiff's counsel trial preparation problems but late notice to Defendants of the witnesses can interfere with the trial date which cannot be changed due to other trials to follow. If you will provide the witness names in a reasonable time frame prior to trial, please notify the Court of that time frame and request Court approval. (Copy to defense counsel.)

    IT IS SO ORDERED.

Dated: New York, New York
       February 14, 2013

Robert P. Patterson, Jr.
U.S.D.J.

**Copies of this Order were faxed to:**

*Counsel for Plaintiffs:*

**Richard T. Seymour**
The Law Office of Richard T. Seymour, P.L.L.C.
888 17th Street, N.W.
Suite 900
Washington, DC 20006
(202) 785-2143
Fax: (800) 805-1065
Email: rick@rickseymourlaw.net

**Alan L. Fuchsberg**
The Jacob D. Fuchsberg Law Firm, L.L.P.
500 Fifth Avenue
New York, NY 10110
(212) 869-3500
Fax: 212-398-1532
Email: a.fuchsberg@fuchsberg.com

*Counsel for Defendants:*

**Ira G. Rosenstein**
Morgan Lewis & Bockius, LLP (NY)
101 Park Avenue
New York, NY 10178
(212) 309-6000
Fax: 212-309-6001
Email: irosenstein@morganlewis.com

**Lisa Swanson**
Orrick, Herrington & Sutcliffe LLP (NYC)
51 West 52nd Street
New York, NY 10019
(212) 506-5000
Fax: 212-506-5151
Email: lswanson@morganlewis.com